# EXHIBIT
# A

Filed in District Court

JUN 1 3 2025

State of Minnesota

| **State of Minnesota** | **District Court** |
|---|---|

| **County of:  CARVER** | **Judicial District: First District** |
|---|---|
| | **Court File Number:** 10-CV-25-818 |
| | **Case Type: Contract** |

**James-Andrew: Grimmer©**
**Secured Party Creditor,**
**Sui Juris, In Propria Persona, Plaintiff,**

# CIVIL SUMMONS

vs.

**Citibank, N.A.,**
**Defendant.**

---

## This Summons is directed to (name of Defendant):

Citibank, N.A.
Office of the President
5800 S. Corporate Place
Sioux Falls, SD 57108

Citibank, N.A. **(via Registered Agent)**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

---

1.      **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2.      **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*.  Getting your reply to the Plaintiff is called service.You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

        ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category.  The instructions will explain in detail how to fill out the *Answer* form.

Page 1 of 3

3.    **You must respond to each claim.**  The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4.    SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default. You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

**To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:**

_____.

5.    **Carefully read the Instructions (CIV301) for the *Answer* for your next steps.**

6.    **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7.    **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer,* even if you expect to use ADR.

**Signature Block on Last Page**

_6/11/25_
Date

_/s/ James-Andrew: Grimmer©_
Signature /s/ James-Andrew: Grimmer©

**Name:** James-Andrew: Grimmer©

**Address:** 2723 Wagon Wheel Curv

**City, State, Zip:** Chaska, MN 55318

**Telephone:** 952-200-8766

**E-mail:** jamesgrimmer@hotmail.com

*Civil Summons*
CIV802      State      ENG      11/20 www.mncourts.gov/forms

Filed in District Court

JUN 13 2025

State of Minnesota

| State of Minnesota | District Court |
| --- | --- |
| **County of: CARVER** | **Judicial District: First District** |
| | **Court File Number:** 10-CV-25-818 |
| | **Case Type: Contract** |

**James-Andrew: Grimmer©**
**Secured Party Creditor,**
**Sui Juris, In Propria Persona, Plaintiff,**

## CIVIL COMPLAINT

vs.

**Citibank, N.A.,**
**Defendant.**

## Verified Civil Complaint

Plaintiff James-Andrew: Grimmer®, a Secured Party Creditor, brings this action against Defendant Citibank, N.A. for violations of federal and state law related to unlawful debt collection, false credit reporting, breach of contract, and statutory consumer rights violations. Plaintiff seeks monetary relief, injunctive remedies, and all other relief this Court deems just and proper.

## I. Jurisdiction and Venue

1. This Court has jurisdiction pursuant to Minn. Stat. § 484.01. Venue is proper in Carver County under Minn. Stat. § 542.09 because Defendant conducts business in Minnesota and the acts giving rise to this suit occurred in part in this jurisdiction.

## II. Parties

2. Plaintiff James-Andrew: Grimmer® is a natural person residing in Chaska, Minnesota, and is the duly recorded Secured Party Creditor under applicable Uniform Commercial Code filings.
3. Defendant Citibank, N.A. is a national banking association with business operations in the state of Minnesota.
4. Possible addition to Phillips & Cohen, Ltd., as stated Collections Agency for Citibank, N.A.

## III. Factual Allegations

4. Between 2023 and 2025, Plaintiff submitted over 21 separate legal and regulatory communications to Defendant, including statutory notices, UCC presentments (Exhibits 009,

Page 1 of 4

*Civil Complaint*

CIV803     State     ENG     11/20     www.mncourts.gov/forms

011, 020), accounting demands under UCC §9-210, and three formal CFPB complaints (Exhibits 016, 017, 018).

5. On February 8, 2024, Citibank cashed Plaintiff's $500 check (Exhibit 009), offered in full and final settlement under UCC §3-311. Defendant failed to reject or return the instrument, forming a binding accord and satisfaction.

6. Despite accepting settlement funds, Defendant continued to report the account as charged-off with a balance of $18,598 to TransUnion, Experian, and Equifax (Exhibits 012, 013, 014), violating FCRA §§ 1681s-2(a)(1)(A), 1681s-2(b), and 1681i.

7. Defendant failed to provide any original signed contract or full accounting ledger, breaching duties under TILA §1666d and UCC §9-210 (Exhibits 003, 006, 011).

8. Defendant referred the account to Phillips & Cohen (Exhibit 005) despite having acknowledged a cease and desist from Plaintiff and in violation of FDCPA §1692g(b).

9. Defendant confirmed in written CFPB responses (Exhibit 017) that the alleged debt was charged off on January 10, 2024, yet no IRS Form 1099-C was issued, in violation of federal tax law and regulatory requirements.

10. Plaintiff filed a formal IRS Whistleblower report (Exhibit 006) based on Citi's admitted failure to comply with 26 U.S.C. §6050P following debt charge-off, while continuing to collect and report the account.

11. A complete Exhibit List (Exhibits 001–021, with additional supplemental materials and/or additional exhibits as required) will be procedurally submitted into the Minnesota District Electronic System (MNDES) in accordance with the Court's standing procedural rules. All materials will be viewable and downloadable through the Court's docket via MNDES following formal filing.

## IV. Claims for Relief

Count I – Violation of FCRA (15 U.S.C. §§ 1681s-2 and 1681i)

Count II – Violation of FDCPA (15 U.S.C. §§ 1692e, 1692g)

Count III – Breach of Contract and Accord and Satisfaction under UCC §3-311

Count IV – Violation of UCC §9-210 (Failure to Provide Full Accounting)

Count V – Violation of TILA and Regulation Z (15 U.S.C. § 1666d; 12 C.F.R. § 1026.9)

Count VI – Violation of GLBA (12 C.F.R. § 1016)

Count VII – Violation of IRS Code §6050P (26 U.S.C. §6050P)

## V. Demand for Relief

WHEREFORE, Plaintiff respectfully requests judgment in his favor and against Defendant as follows:

- Statutory and actual damages totaling $3.5 million;
- Declaratory judgment recognizing the February 2024 settlement as binding under UCC §3-311;

Page 2 of 4

*Civil Complaint*

CIV803    State    ENG    11/20    www.mncourts.gov/forms

- Deletion of all derogatory tradelines related to the disputed Citi account;
- Full legal discharge and set-off of the alleged debt balance pursuant to UCC §3-311, UCC §3-603, and Public Law 73-10 (HJR-192), recognizing that Defendant dishonored presentment and retained tender;
- An order striking any remaining account balance from Citi's internal books, and confirming that no further claim may be made against Plaintiff in any venue;
- Injunctive relief barring further credit reporting or collection efforts on the account;
- A finding that Defendant violated 26 U.S.C. §6050P and referral to the IRS for sanctions;
- Costs of this action, interest, and any additional relief this Court deems just and proper.
- Affirmation of Plaintiff's right to full procedural access under the Americans with Disabilities Act (Title II), including accommodations in scheduling, presentation, or remote participation.


Dated: 06/11/2025

Respectfully submitted,


/s/James-Andrew: Grimmer©


James-Andrew: Grimmer©
Secured Party Creditor, In Propria Persona

2723 Wagon Wheel Curv
Chaska, MN 55318
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766

## Acknowledgment

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:

   a. Harass anyone;

*Civil Complaint*

CIV803     State     ENG     11/20     www.mncourts.gov/forms

b.  Cause unnecessary delay in the case; or

c.  Needlessly increase the cost of litigation.

3.  No judicial officer has said I am a frivolous litigant.

4.  There is no court order saying I cannot serve or file this form.

5.  This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6.  If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

_6/11/25_

Date

_[signature]_

Signature

Name: James-Andrew: Grimmer©
Address: 2723 Wagon Wheel Curv
City, State, Zip: Chaska, MN 55318
Telephone: 952-200-8766
E-mail: jamesgrimmer@hotmail.com

Page 4 of 4

*Civil Complaint*

**CIV803    State    ENG    11/20    www.mncourts.gov/forms**