**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James Andrew Grimmer<br>Secured Party Creditor,<br>Sui Juris, In Propria Persona,<br><br>          Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>          Defendant. | Case File No. 0:25-cv-02758-ECT-DLM<br><br>**DEFENDANT'S MOTION**<br>**TO DISMISS PLAINTIFF'S**<br>**COMPLAINT** |

---

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant moves to dismiss all of Plaintiff's claims in their entirety with prejudice for failure to state a claim upon which relief can be granted. This motion is supported by the accompanying memorandum of law and any other papers and records filed by Defendant in accordance with the Federal Rules of Civil Procedure, the Local Rules of the District of Minnesota, and Judge Eric C. Tostrud's Practice Pointers. This motion is further supported by the arguments which may be presented at the hearing on this motion if the Court elects to hold a hearing.

Dated: July 23, 2025　　　　　　　　　　**BALLARD SPAHR LLP**

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Kathryn E. Wendt*
　　　　　　　　　　　　　　　　　　　　　　　Karla M. Vehrs (#0387086)
　　　　　　　　　　　　　　　　　　　　　　　vehrsk@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　　　Kathryn E. Wendt (#0397737)
　　　　　　　　　　　　　　　　　　　　　　　wendtk@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　　　Samantha Pauley (#0505789)
　　　　　　　　　　　　　　　　　　　　　　　pauleys@ballardspahr.com

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.2405
Facsimile: 612.371.3207

**Attorneys for Defendant**