UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer<br>Secured Party Creditor,<br>Sui Juris, In Propria Persona,<br><br>Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>Defendant. | Case No. 0:25-cv-02758-ECT-DLM<br><br>**DEFENDANT'S LR 7.1<br>MEET-AND-CONFER STATEMENT** |

I, Kathryn Wendt, am one of the attorneys representing Defendant in this case. Pursuant to LR 7.1(a) and LR 37.1(a), I certify that my colleague Samantha Pauley and I conferred with Plaintiff James Andrew Grimmer in a good faith effort to resolve the issues raised by Defendant's Motion to Dismiss ("Motion"). We sent Mr. Grimmer an email outlining the bases of Defendant's Motion on July 21, 2025. We then held a follow-up call with Mr. Grimmer on July 22, 2025 to discuss the Motion. Based on that correspondence, the parties have not agreed on the resolution of all or part of the Motion.

Dated: July 23, 2025

**BALLARD SPAHR LLP**

By:   */s/ Kathryn E. Wendt*
Karla M. Vehrs (#0387086)
vehrsk@ballardspahr.com
Kathryn E. Wendt (#0397737)
wendtk@ballardspahr.com
Samantha Pauley (#0505789)
pauleys@ballardspahr.com

2

 2000 IDS Center
 80 South 8th Street
 Minneapolis, MN 55402-2119
 Telephone: 612.371.2405
 Facsimile: 612.371.3207

 **Attorneys for Defendant**

DOCS-#6045771-V1