# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

James Andrew Grimmer
Secured Party Creditor,
Sui Juris, In Propria Persona,

     Plaintiff,

     v.

Citibank, N.A.,

     Defendant.

Case No. 0:25-cv-02758-ECT-DLM


**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

---

This matter came before the Honorable Eric C. Tostrud, Judge of the United States District Court, District of Minnesota, pursuant to Defendant's Motion to Dismiss ("Motion"). Defendant was represented by counsel with respect to its Motion, as noted in the record. Plaintiff is a *pro se* litigant who represented himself. Based upon the files in this matter and the arguments presented by the parties, the Court **ORDERS** as follows:

1.     Defendant's Motion to Dismiss is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6).

2.     All claims asserted in Plaintiff's Complaint are dismissed in their entirety with prejudice and without leave to amend.

3.     There being no just reason for delay, let judgment be entered accordingly.

**BY THE COURT:**


Date: _____     _____
                                            Honorable Eric C. Tostrud