## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer<br>Secured Party Creditor,<br>Sui Juris, In Propria Persona,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>　　　　　　　Defendant. | Case File No. 0:25-cv-02758-ECT-DLM<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** |

TO:   Plaintiff James Andrew Grimmer, 2723 Wagon Wheel Curv, Chaska, MN 55318.

## **NOTICE**

PLEASE TAKE NOTICE that, on a date and time to be determined by the United States District Court, District of Minnesota, located at 316 N. Robert Street, St. Paul, MN, 55101, Defendant will move the Court for an order dismissing all of Plaintiff's claims in their entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). If scheduled by the Court, the hearing will be conducted before the Honorable Eric C. Tostrud.

Dated: July 23, 2025

**BALLARD SPAHR LLP**

By:   */s/ Kathryn E. Wendt*
　　　Karla M. Vehrs (#0387086)
　　　vehrsk@ballardspahr.com
　　　Kathryn E. Wendt (#0397737)
　　　wendtk@ballardspahr.com
　　　Samantha Pauley (#0505789)
　　　pauleys@ballardspahr.com

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.2405
Facsimile: 612.371.3207

**Attorneys for Defendant**