UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **James-Andrew: Grimmer©**<br>**Secured Party Creditor,**<br>**Sui Juris, In Propria Persona,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Citibank, N.A.,**<br><br>**Defendant.** | Civil Action No.: 0:25-cv-02758-ECT-DLM<br><br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br><br>Honorable,<br>Judge: Eric C. Tostrud<br>Magistrate Judge: Douglas L. Micko |

---

The above-entitled matter came before the Court upon Defendant's Motion to Dismiss [Dkt. 13] and Plaintiff's Memorandum of Law in Opposition thereto.

Based upon all filings, arguments, and the procedural record in this case, and the Court being otherwise duly advised,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss [Dkt. 13] is DENIED in its entirety.

2. The case shall proceed to discovery and further proceedings consistent with the Federal Rules of Civil Procedure.

Dated: _____, 2025
BY THE COURT:

---

Hon. Eric C. Tostrud                    Signed: _____
United States District Judge