# Wendt, Kathryn E.

| | |
|---|---|
| **From:** | James Grimmer <JamesGrimmer@hotmail.com> |
| **Sent:** | Tuesday, July 22, 2025 4:40 PM |
| **To:** | Pauley, Sam; Wendt, Kathryn E. |
| **Cc:** | Vehrs, Karla M. |
| **Subject:** | Re: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758) |

⚠️ **EXTERNAL**

Dear Ms. Pauley (Sam),

Thank you for your follow-up.

I confirm that a Rule 7.1 meet-and-confer occurred on **July 22, 2025**, from **4:02 PM to 4:06 PM Central Time**, and was attended by **yourself and Ms. Wendt** on behalf of Ballard Spahr. This discussion satisfies the procedural requirement under Local Rule 7.1 prior to your anticipated Motion to Dismiss.

Sincerely,
**/s/ James-Andrew: Grimmer© – Agent/Beneficiary**
James-Andrew: Grimmer
Secured Party Creditor, Sui Juris, In Propria Persona
2723 Wagon Wheel Curv
Chaska, MN 55379
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766

---

**From:** Pauley, Sam <pauleys@ballardspahr.com>
**Sent:** Tuesday, July 22, 2025 4:07 PM
**To:** James Grimmer <JamesGrimmer@hotmail.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Thank you again for taking the time to speak with us today. We will share the as-filed Motion to Dismiss with you when it is filed tomorrow.

Best,
Sam

---

**From:** James Grimmer <JamesGrimmer@hotmail.com>
**Sent:** Tuesday, July 22, 2025 2:53 PM
**To:** Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Pauley, Sam <pauleys@ballardspahr.com>
**Subject:** Re: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

⚠️ **EXTERNAL**



1

Dear Ms. Wendt,

Thank you for the update regarding the Court's scheduling approach. I understand that the hearing date is currently to be determined pending judicial review of the motion papers.

I will still be available for the meet-and-confer call as scheduled today at 4:00 PM Central Time.

Sincerely,
**/s/ James-Andrew: Grimmer© – Agent/Beneficiary**
James-Andrew: Grimmer
Secured Party Creditor, Sui Juris, In Propria Persona
2723 Wagon Wheel Curv
Chaska, MN 55379
jamesgrimmer@hotmail.com
(952) 200-8766

---

**From:** Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Sent:** Tuesday, July 22, 2025 10:35 AM
**To:** James Grimmer <jamesgrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Pauley, Sam <pauleys@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Mr. Grimmer:

Sam and I will speak to you at 4:00 today. However, the Court has elected not to calendar the Sept. 8 hearing date at this time. Instead, after Judge Tostrud receives the motion papers, he will decide on whether he would like a hearing. So, for now, the hearing date and time shall remain to be determined by the Court.

Thanks,
Katy Wendt

**Kathryn E. Wendt**
2025 Pro Bono Honor Roll – Silver



2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.2405 direct
wendtk@ballardspahr.com
vcard
www.ballardspahr.com

---

**From:** Pauley, Sam <pauleys@ballardspahr.com>
**Sent:** Tuesday, July 22, 2025 7:43 AM
**To:** James Grimmer <JamesGrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Mr. Grimmer:

Thank you for providing your availability to meet and confer today. I will send a calendar invitation for 4pm today. And thank you for confirming your availability for a hearing on Monday, September 8 at 9am.

Best,
Sam

---

**From:** James Grimmer <JamesGrimmer@hotmail.com>
**Sent:** Tuesday, July 22, 2025 2:43 AM
**To:** Pauley, Sam <pauleys@ballardspahr.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** Re: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

⚠️ **EXTERNAL**

Dear Ms. Pauley,

Thank you for your message.

To satisfy Local Rule 7.1 and ensure full procedural transparency, I am available today, **July 22, 2025, between 12:00 PM and 5:00 PM Central Time**, for a meet and confer regarding your anticipated Motion to Dismiss. This window is offered to accommodate your upcoming July 23 deadline and standard working hours for your office.

Regarding the proposed hearing schedule, I am available and confirm my preference for the earlier date:
📅 **Monday, September 8, 2025 at 9:00 AM.**

Please feel free to propose a time within the above range if you'd like to coordinate a brief call to meet procedural requirements.

Sincerely,
**/s/ James-Andrew: Grimmer© – Agent/Beneficiary**
James-Andrew: Grimmer
Secured Party Creditor, Sui Juris, In Propria Persona
2723 Wagon Wheel Curv
Chaska, MN 55379
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766

---

**From:** Pauley, Sam <pauleys@ballardspahr.com>
**Sent:** Monday, July 21, 2025 6:10 PM
**To:** James Grimmer <JamesGrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Mr. Grimmer:

We will be filing a motion to dismiss your Complaint on July 23. The Court has offered 9/8/2025 at 9:00 a.m. or 9/15/2025 at 9:00 a.m. as options for the hearing date. Please advise no later than Wednesday (July 23) morning which option you prefer.

The primary basis for Defendant's motion to dismiss is that there is no enforceable "contract" between you and Citibank to eliminate the debt on your credit card account. The breach of contract claim therefore fails due to the lack of any valid "contract" for discharge of your debt. The other claims fail in turn for at least the following reasons:

- Citibank is not a debt collector under the FDCPA.
- The Complaint does not allege that Citibank received any dispute notice from a credit reporting agency with respect to your account.
- The FCRA does not impose any duty to investigate legal conclusions.
- 15 U.S.C. § 1666d, UCC § 9-210, and UCC § 3-311 do not apply to the facts of this case.
- There is no private right of action under the UCC, the GLBA, or the Internal Revenue Code.

If you would like to arrange a time to discuss any of those issues prior to July 23, please let us know your availability.

Thank you,
Sam

---

**From:** Pauley, Sam
**Sent:** Monday, July 21, 2025 9:42 AM
**To:** James Grimmer <JamesGrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Good morning Mr. Grimmer,

Can you please let us know your availability to meet and confer before Wednesday, June 23, 2025 to discuss our response to your Complaint?

Thank you,
Sam

---

**From:** Pauley, Sam
**Sent:** Wednesday, July 9, 2025 9:37 AM
**To:** James Grimmer <JamesGrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Hello Mr. Grimmer,

Thank you for confirming your agreement with the extension. We submitted our motion for an extension on Monday in order to give the court sufficient time to consider it before the deadline. The court granted the motion yesterday. I've attached a copy of that motion here, which was also mailed to you.

I can confirm that we have accepted service of Exhibits 1-19 via MNDES.

We reserve the right to respond to the below clarification of legal standing & commercial authority at a later date if necessary.

Best,
Sam

**From:** James Grimmer <JamesGrimmer@hotmail.com>
**Sent:** Wednesday, July 9, 2025 12:29 AM
**To:** Pauley, Sam <pauleys@ballardspahr.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** Re: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

⚠️ **EXTERNAL**

**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access, Response Deadline & MNDES Service Agreement

Dear Ms. Pauley,

Thank you for your response and confirmation of receipt regarding access to the MNDES exhibits.

I have no objection to your request for a two-week extension to respond to the Complaint. The adjusted response deadline of **July 23, 2025** is acceptable. I respectfully request that your forthcoming extension filing reflect:

- That a non-substantive email exchange occurred for procedural purposes only and does **not** constitute a Rule 7.1 meet-and-confer, and

- That Plaintiff agreed to the extension as a courtesy and demonstration of good faith cooperation.

**MNDES Exhibit Access & Service Agreement**

Please confirm by reply that your office agrees that access to **Exhibits 001–019 via MNDES** constitutes **formal legal service and notice** under the rules governing this matter.

Upon confirmation, I will consider the exhibits transferred and accessible under Federal Case No. 0:25-cv-02758, and will note that duplication by certified mail is unnecessary unless specifically requested.

If hard-copy service is preferred at any point, I remain willing to provide it upon request.

**Clarification of Legal Standing & Commercial Authority**

To ensure complete transparency, I am appearing in this matter solely as **Secured Party Creditor and private agent/beneficiary** of the legal estate titled "James Andrew Grimmer," with a perfected UCC-1 Financing Statement on file with the **New York Department of State**, and recognized by the **United States Department of the Treasury**. Additional documentation in support of this status is also recorded with the **Pima County Recorder's Office in Arizona**.

My standing is based on enforceable commercial law, particularly under **UCC Article 3 and Article 9**, and is supported by duly executed private security agreements, indemnification bonds, fiduciary declarations, and properly recorded filings. These instruments lawfully secure my claim and commercial authority in this and other related matters. Additional documents, including Treasury fiduciary appointments and estate-related declarations, are available upon lawful demand or subpoena.

**To be absolutely clear:** I do not identify with or assert any ideology outside the bounds of contract, commercial law, and procedural due process. I <u>do not</u> use or endorse the term "<u>sovereign citizen</u>" in any form.

This litigation is governed by lawful enforcement rights under **UCC Article 3 and 9**, as well as provisions of the **FDCPA**, **FCRA**, **IRS Code**, and relevant **Federal Accounting and Securities Standards**, etc. as referenced throughout the Verified Complaint and supporting Exhibits. Those filings speak for themselves.

---

Please confirm:

1. That your office accepts MNDES-based service of Exhibits 001–019, and

2. That your Motion for Extension will reflect the procedural nature of our correspondence and my voluntary agreement.

I appreciate your cooperation and look forward to procedural clarity as we move forward in Federal Case No. 0:25-cv-02758.

Sincerely,
**James-Andrew: Grimmer©**
Secured Party Creditor, In Propria Persona
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766

---

**From:** Pauley, Sam <pauleys@ballardspahr.com>
**Sent:** Monday, July 7, 2025 9:55 AM
**To:** James Grimmer <jamesgrimmer@hotmail.com>
**Cc:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>
**Subject:** RE: Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

Good morning Mr. Grimmer,

Thank you for acknowledging receipt of the Notice of Removal. We have received the exhibits you uploaded to MNDES.

Will you consent to a minor two-week extension of the deadline to respond to your complaint? The new deadline would be July 23. We are getting up to speed on this matter and would appreciate the courtesy.

In response to your other questions, Ms. Goettl does not need to be included in correspondence. And please consider myself and my colleagues copied here the primary points of contact for this matter.

Best,
Sam

**From:** James Grimmer <jamesgrimmer@hotmail.com>
**Sent:** Monday, July 7, 2025 7:36 AM
**To:** Vehrs, Karla M. <vehrsk@ballardspahr.com>; Wendt, Kathryn E. <wendtk@ballardspahr.com>; Pauley, Sam <pauleys@ballardspahr.com>
**Subject:** Grimmer v. Citibank, N.A. – Exhibit Access and Post-Removal Notice (Case No. 0:25-cv-02758)

⚠️ **EXTERNAL**

Good Morning Counsel,

This message acknowledges receipt of your **Notice of Removal** to the United States District Court for the District of Minnesota (Case No. 0:25-cv-02758) and your **Notice of Appearance** in the related state matter (Carver County Case No. 10-CV-25-818).

Please be advised of the following:

🔒 **Exhibit Access via MNDES:**

- I have added **Karla Vehrs**, **Kathryn Wendt**, and **Samantha Pauley** to the **MNDES (Minnesota District Court Exhibit System)** access list for this matter.

- All **Exhibits 001 through 019**—including statutory declarations, UCC notices, supporting affidavits, and evidentiary documents—were previously filed in Carver County District Court and are now available to your firm exclusively through MNDES.

- These documents were **not attached** to your federal removal packet or referenced in PACER, and as such, I encourage you to retrieve and review them promptly.

⚖️ **Service Confirmation:**

In the interest of judicial economy and cost minimization, please confirm whether this email and your MNDES access will serve as **formal notice and legal service** of Exhibits 001–019.

If you require hard-copy service or additional delivery methods, I will comply promptly. If you confirm acceptance of MNDES access via this email, please consider this correspondence your formal agreement to receive the exhibits electronically.

📇 **Points of Contact:**

- At this time, I do not have contact information for **Susan Goettl**, who signed the July 2, 2025 affidavit of service.

- Please advise whether Ms. Goettl should also be added to MNDES or included in correspondence.

- Additionally, for communication clarity, kindly identify your **primary point(s) of contact** for this matter going forward.

📝 **Filing Protocol:**

I acknowledge that **removal to federal court is proper** and going forward, **all filings and notices will be submitted exclusively under Federal Case No. 0:25-cv-02758.**

7

This email serves solely as a **professional and procedural introduction** and should not be construed as a Rule 7.1 meet-and-confer or any attempt to confer on dispositive matters.

Should you have questions or need a copy of the Master Exhibit Index, source file mapping, or declaration log, I will gladly provide them.

Thank you, and I look forward to procedural clarity as we move forward.

Sincerely,
**James-Andrew: Grimmer©**
Secured Party Creditor, Sui Juris, In Propria Persona
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766