IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer<br>Secured Party Creditor,<br>Sui Juris, In Propria Persona,<br><br>      Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>      Defendant. | Case No. 0:25-cv-02758-ECT-DLM<br><br>**AFFIDAVIT OF MAILING** |

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

  Jessica Leaman, being duly sworn on oath deposes and states that she is a representative of Ballard Spahr LLP, Minneapolis, and that on July 23, 2025, she mailed a true and correct copy of *Defendant's Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss with Prejudice, Local Rule 7.1(F) Work Count Compliance Certificate, Declaration of Kathryn Wendt in Support of Defendant's Motion to Dismiss Plaintiff's Complaint with Exhibits, Defendant's LR 7.1 Meet-and-Confer Statement and [Proposed] Order* by placing it in interoffice mail for deposit with the Minneapolis United States Post Office for first class mailing addressed to the individual identified below.

James Andrew Grimmer
2723 Wagon Wheel Curve
Chaska, MN 55318

                  _____
                  Jessica Leaman

Subscribed and sworn to before me
this 23rd day of July, 2025.

_____
Notary



Wyliam F. Morin
Notary Public
Minnesota
My Commission Expires Jan 31, 2027