## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer<br>Secured Party Creditor,<br>Sui Juris, In Propria Persona,<br><br>    Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>    Defendant. | Case File No. 0:25-cv-02758-ECT-DLM<br><br>**LOCAL RULE 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE FOR MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, Kathryn Wendt, represent Defendant in this case. I certify that the Reply Memorandum of Law in Support of Defendant's Motion to Dismiss complies with Local Rule 7.1(f) and that the Memorandum complies with the type size limitation of Local Rule 7.1(h). I further certify that, in preparing the Memorandum, I used Microsoft Word Version 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 5,612 words.

#4896-5920-6743 v1

2

Dated: August 20, 2025							**BALLARD SPAHR LLP**

By:  */s/ Kathryn E. Wendt*
      Karla M. Vehrs (#0387086)
      vehrsk@ballardspahr.com
      Kathryn E. Wendt (#0397737)
      wendtk@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.2405
Facsimile: 612.371.3207

**Attorneys for Defendant Citibank, N.A.**

#4896-5920-6743 v1