# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

James Andrew Grimmer
Secured Party Creditor,
Sui Juris, In Propria Persona,

              Plaintiff,

v.

Citibank, N.A.,

              Defendant.

Case No. 25-2758

**AFFIDAVIT OF MAILING**

---

STATE OF MINNESOTA  )
                                ) ss.
COUNTY OF HENNEPIN  )

     Susan M. Goettl, being duly sworn on oath deposes and states that she is a representative of Ballard Spahr LLP, Minneapolis, and that on August 20, 2025, she mailed a true and correct copy of Citibank, N.A.'s *Reply Memorandum of Law in Support of Defendant's Motion to Dismiss* and *Reply Declaration of Kathryn Wendt in Support of Defendant's Motion to Dismiss Plaintiff's Complaint,* by placing the documents in interoffice mail for deposit with the Minneapolis United States Post Office for first class mailing addressed to the individual identified below.

James Andrew Grimmer
2723 Wagon Wheel Curve
Chaska, MN 55318

                                                        Susan M. Goettl

Subscribed and sworn to before me
this 20th day of August, 2025.

_____
Notary

SAMANTHA E. NASH
Notary Public
Minnesota
My Commission Expires January 31, 2029