# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer,<br><br>Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>Defendants. | Case No.: 25-CV-02758 (ECT/DLM)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Andrew Grimmer and Defendant Citibank, N.A. hereby stipulate and agree as follows:

1. Plaintiff and Defendant have reached a confidential settlement of this dispute and have signed a Settlement Agreement and Release.

2. Based on their settlement, the parties now stipulate that all claims that were or could have been asserted in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any of the parties.

3. Without further notice or hearing, the Court may enter the proposed Order for Dismissal submitted herewith and enter a judgment in this case.

**STIPULATED TO:**

Dated: November __, 2025

_____
James Andrew Grimmer
2723 Wagon Wheel Curv
Chaska, MN 55318
Email: jamesgrimmer@hotmail.com
Phone: 952-200-8766

*Plaintiff*

Dated: November 20, 2025

/s/ *Kathryn Wendt*
Karla M. Vehrs (#0387086)
Kathryn E. Wendt (#0397737)
BALLARD SPAHR LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-371-3211
vehrsk@ballardspahr.com
wendtk@ballardspahr.com

**Attorneys for Defendant**