UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer,<br><br>Plaintiff,<br><br>v.<br><br>Citibank, N.A.,<br><br>Defendant. | Case No.: 25-CV-02758 (ECT/DLM)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal jointly filed by Plaintiff James Andrew Grimmer and Defendant Citibank, N.A., IT IS HEREBY ORDERED as follows:

All claims as between Plaintiff and Defendant which were or could have been asserted in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any of the parties. There being no just reason for delay, the Clerk of Court is hereby ordered to enter judgment accordingly at this time.

BY THE COURT:

Dated: _____, 2025           _____

Honorable Eric C. Tostrud
U.S. District Court Judge