## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| James Andrew Grimmer, | Case No.: 25-CV-02758 (ECT/DLM) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| Citibank, N.A., | |
| Defendant. | |

Samantha E. Nash, being duly sworn on oath deposes and states that she is a representative of Ballard Spahr LLP, Minneapolis, and that on November 25, 2025, she mailed a true and correct copy of Citibank, N.A.'s *Stipulation for Dismissal with Prejudice* and *[Proposed] Order for Dismissal with Prejudice,* by placing it in interoffice mail for deposit with the Minneapolis United States Post Office for first class mailing addressed to the individual identified below.

James Andrew Grimmer
2723 Wagon Wheel Curve
Chaska, MN 55318

_____
Samantha E. Nash

Subscribed and sworn to before me
this 25th day of November, 2025.

_____
Notary

Brad J Weber
Notary Public
Minnesota
My Commission Expires January 31, 2029